UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LE-MAYNE DE-NIRO GAYLE SAWYERS,<br><br>Petitioner,<br><br>-v-<br><br>FITZROY ALEXANDER WELLINGTON AND DENEESE WELLINGTON,<br><br>Respondents. | No. 22-CV-7153 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

The Court will hold a hearing in this Action on Thursday, January 26, 2023 at 10:00 AM EST.  (*See* Order (Dkt. No. 39).)  The hearing will take place in Courtroom 521 of the Hon. Charles L. Breiant Jr. United States Courthouse, 300 Quarropas St., White Plains, NY 10601.

For those witnesses appearing remotely, the Court provides a Microsoft Teams meeting invitation below:

> Click here to join the hearing
> Meeting ID: 216 761 788 594
> Passcode: NqjmH3
> Download Teams | Join on the web

If attorneys wish to bring laptops or other electronic devices into the courtroom, they must complete the attached form and submit it by Tuesday, January 24, 2023 to the Courtroom Deputy to bring electronic devices through security and access wireless internet service.

The Parties are directed to confer as to the order that each Party's witnesses will appear and provide witness lists no later than Wednesday, January 25, 2023.  The Court presumes that Petitioner's witnesses will be called first, followed by Respondents' witnesses.  However, the Parties may stipulate to an alternative arrangement, so long as notice is provided to the Court.

Mr. Wellington is to appear in person, unless he provides the Court a substantiated medical reason for failing to do in advance of the hearing.

SO ORDERED.

Dated:   January 23, 2023
        White Plains, New York

                                        KENNETH M. KARAS
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x


IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


_____ x


The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

_____.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)_____.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:


Dated:            _____


_____
United States Judge


Revised: July 1, 2019.