UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LE-MAYNE DE-NIRO GAYLE SAWYERS,<br><br>Petitioner,<br><br>-v-<br><br>FITZROY ALEXANDER WELLINGTON AND DENEESE WELLINGTON,<br><br>Respondents. | No. 22-CV-7153 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    The Clerk of the Court is respectfully directed to seal Dkt. No. 64 so that only the parties and their counsel have access to the document.

SO ORDERED.

Dated:   January 27, 2023
         White Plains, New York

                                                          KENNETH M. KARAS
                                                  United States District Judge