**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Le-Mayne De-Niro Gayle Sawyers,<br><br>    Petitioner,<br><br>v.<br><br>Fitzroy Alexander Wellington and Deneese Wellington,<br><br>    Respondents. | NO. 7:22-cv-07153-KMK<br><br>**PETITIONER'S [PROPOSED] ORDER**<br><br>(Hague Convention Action) |

Pursuant to the Court's March 2, 2023, Order entered on the docket, Petitioner Le-Mayne De-Niro Gayle Sawyers submits this Proposed Order concerning the timing and logistics of the Child's return to Jamaica. Although the Court's March 2 Order directed the Parties to submit a proposed Joint Order, Petitioner has been unable to get confirmation from counsel for Respondents Fitzroy Alexander Wellington and Deneese Wellington that Petitioner has permission to file this proposed Order as a joint order. Given today's deadline for filing this Order and the fact that the Child's return is scheduled for tomorrow, Petitioner submits this as Petitioner's Proposed Order rather than a joint order. Petitioner certifies, however, that undersigned counsel has discussed the logistics set forth in this Proposed Order with Respondents' counsel and based on those discussions, it is Petitioner's understanding that there is no disagreement or dispute as to the terms of this Order.

Petitioner has purchased a one-way ticket for the Child's return to Jamaica on Delta Flight 1955, which departs from John F. Kennedy International Airport in New York at 8:15 a.m. and arrives at Montego Bay, Jamaica at 12:24 p.m. on March 7, 2023. The reservation itinerary is attached as Exhibit A.

2

Respondent Fitzroy Alexander Wellington shall accompany the Child to John F. Kennedy International Airport in time for his flight on the morning of March 7, 2023. Respondent Wellington shall pay any and all fees required for the Child's return trip to Jamaica on Delta Flight 1955 and ensure the Child boards Delta Flight 1955.

SO ORDERED.

Dated:  March 6, 2023
        New York, New York

_____
The Honorable Kenneth M. Karas
United States District Court Judge

**Prepared by:**

*/s/ Steven H. Campbell*
Marquetta J. Bryan (*Admitted Pro Hac Vice*)
Steven H. Campbell  (*Admitted Pro Hac Vice*)
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700
Atlanta, Georgia 30363
Telephone:  (404) 322-6000
Facsimile:   (404) 322-6050
marquetta.bryan@nelsonmullins.com
steven.campbell@nelsonmullins.com

# EXHIBIT A

**Steven Campbell**

| | |
|---|---|
| From: | Delta Air Lines <DeltaAirLines@t.delta.com> |
| Sent: | Friday, March 3, 2023 3:26 PM |
| To: | Steven Campbell |
| Subject: | Delta Reservation Itinerary |

◄External Email► - From: bounce-14_HTML-33199851-232979-10982494-2430931@bounce.t.delta.com



Hello, J▮▮▮▮

**Your Trip Confirmation #: GTYLUV**

**Thank you for choosing Delta.** This information is a copy of your itinerary and not a receipt. If you are holding this itinerary, be sure to complete your purchase before the deadline by calling 1-800-221-1212. For a complete list of worldwide phone numbers, please visit www.delta.com/contact_us.

| Tue, 07MAR | DEPART | ARRIVE |
|---|---|---|
| DELTA 1955 (V) | NYC-KENNEDY 8:15am | MONTEGO BAY, JAMAICA 12:24pm |

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket. Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States and at the gate at least 45 minutes before your scheduled

departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit https://www.phmsa.dot.gov/.

## Passenger Info

Name: J          W

| FLIGHT | SEAT |
|---|---|
| DELTA 1955 | 31A |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+® seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

**MANAGE MY TRIP >**

BOOK A FLIGHT >

BOOK A VACATION PACKAGE >

RESERVE A CAR + HOTEL >

EARN AND USE MILES >

  

**STAY CONNECTED WITH US**

COMMENT OR COMPLAINT    |    PRIVACY POLICY

**Terms & Conditions**

You have received this email because you elected to receive your Flight Itinerary sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

Do you have comments about our service? Please email us to share them with us.

**Privacy Policy**

Your privacy is important to us. Please review our Privacy Policy.

**Copyright Information**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd., P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001