

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
nelsonmullins.com

Steven H. Campbell
T: 404.322.6606
steven.campbell@nelsonmullins.com

October 6, 2023

Honorable Kenneth M. Karas
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

RE: *Le-Mayne De-Niro Gayle Sawyers v. Fitzroy Alexander Wellington & Deneese Wellington*
Civil Action File No. 7:22-cv-07153-KMK (Hague Convention Action)

Dear Judge Karas:

Pursuant to the Court's March 2, 2023, Order entered on the docket and the Court's March 6, 2023, Order regarding the Child's return to Jamaica, undersigned counsel and counsel for Respondents Fitzroy Alexander Wellington and Deneese Wellington coordinated the Child's return on March 7, 2023. Counsel for the parties reached an agreement regarding fees and costs and thus Petitioner is not seeking any fees or costs. Further, the deadline for appeal has passed.

As a result, Petitioner states that it is appropriate to close this case.

Respectfully Submitted,

Steven H. Campbell

SC